IN RE ESTATE OF HENRY HESS.

LEGAL REPRESENTATIVES MEANS ISSUE OR LINEAL DESCENDANTS.
   The words "legal representatives," as used in a will providing that if a beneficiary dies before the will takes effect, his or her share "shall revert to legal representatives" means issue or lineal descendants, under which a child, and not the husband, takes a deceased wife's estate.

ERROR to the Court of Common Pleas of Hamilton county.

The will devised some $300,000 among nephews and nieces and two sisters, with the provision that if any of the beneficiaries should die before the will took effect, his or her share should revert to his or her

legal representatives. Mrs. Heidingsfeld died three years before the death of Henry Hess; she left a baby which survived her one week. The contention was as to whether Joseph Heidingsfeld is the legal representative of his deceased wife.

PER CURIAM.

The words "legal representatives" as used in the will, mean issue or lineal descendants.

SMITH, J., dissenting.

## PARTNERSHIP NAMES.

[Hamilton Circuit Court, 1899.]

Adams, Douglass, and Voorhees, JJ.

(Of the Fifth Circuit, sitting in the First Circuit.)